Louis H. Asness, Respondent, v. Institute of Scrap Iron & Steel, Inc., and Another, Appellants.— Order so far as appealed from modified by allowing item 5, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. The verified bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Monpel Realty Corporation, Respondent, v. The North American Mortgage and Building Corporation and Others, Defendants, Impleaded with Cragmore Holding Corporation, Appellant. In the Matter of the Application of Monpel Realty Corporation for Leave to Sue Cragmore Holding Corporation Pursuant to Section 1078 of the Civil Practice Act.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Nat L. Jelenko, Suing for Himself as Stockholder and All Other Stockholders of the Commercial Enterprises, Inc., Respondent, v. Sol H. Miller, Appellant, Impleaded with Another.— Order so far as appealed from modified by eliminating items 1 to 5, inclusive, of the notice of examination, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Hotel Garage Co., Inc., Appellant, v. 241 West Twenty-eighth Street Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Margaret Goldman, Appellant, v. George A. Carden and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Margaret Goldman, Respondent, v. George A. Carden and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Thomas D. Taylor, Respondent, v. Illinois Printing and Publishing Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Finch, J., dissent.

Antonio Farello, Appellant, v. New York Railways Corporation, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Abraham J. Springer, an Attorney at Law of the State of New York, Pursuant to Section 475 of the Judicial [Judiciary] Law, Appellant, to Fix His Attorney's Fee in Matters Relating to Jacob Ratner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

William May Wright and Henri C. Harnickle, Doing Business, etc.,